IN THE MATTER OF ALLEGATIONS AS TO VIOLATIONS OF LAW AND THE NEW JERSEY ADMINISTRATIVE CODE BY BURLINGTON ENVIRONMENTAL MANAGEMENT SERVICES, INC.

January 20, 1981.

Petition for certification denied.

ALI ABDUL HABIB HAKEEM v. NEW JERSEY STATE PAROLE BOARD.

January 20, 1981.

ORDERED that the motion to dismiss appeal as moot is granted. (See 85 *N.J.* 129)

STATE OF NEW JERSEY v. ANDREW GERARDO.

January 20, 1981.

Leave to appeal is granted and the matter is summarily remanded to the trial court for the limited purpose of conducting a hearing pursuant to *State v. Bellucci*, 81 *N.J.* 531 (1980). The trial judge shall thereafter submit his findings of fact and conclusions of law to the Appellate Division which shall determine the question of the continued representation of counsel for defendant on the appeal now pending in the Appellate Division (A–24–80). Jurisdiction of the appeal shall be retained by the Appellate Division.